IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GARY D. SMITH,**

    **Plaintiff,**

v.                                      No. 13-cv-1011 MCA/SMV

**BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's original and amended motions for leave to proceed pursuant to 28 U.S.C. § 1915 [Docs. 2, 5]. Because the Court grants the motions, the filing fee for this civil rights complaint is $350.00. Plaintiff is required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Based on the information about Plaintiff's financial status, the Court will waive an initial partial payment pursuant to § 1915(b)(1). If Plaintiff fails to comply with this order, the civil rights complaint may be dismissed without prejudice without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's original and amended motions for leave to proceed pursuant to 28 U.S.C. § 1915 [Docs. 2, 5] are **GRANTED**, and the initial partial payment is **WAIVED**;

**IT IS FURTHER ORDERED** that Plaintiff file monthly financial certificates and make monthly payments of twenty per cent (20%) of the preceding month's income credited to his account or show cause why the payment should be excused; and the Clerk is directed to provide Plaintiff with two copies of the post-filing financial certificate.

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**