IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY D. SMITH,

    Plaintiff,

v.                                               No. CV 13-1011 MCA/CG

TIMOTHY TRAPP, M.D.; TIMOTHY MCMURRAY,
M.D.; LAURA VELEZ; CARLA EIDE, M.D.; and
JON HAMILTON, M.D.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on July 23, 2015. (Doc. 69). In the PFRD, the Magistrate Judge concluded that *Defendants Correctional Healthcare Companies, Timothy Trapp, M.D., Timothy McMurray, M.D., Laura Velez, Carla Eide, M.D., and Jon Hamilton, M.D.'s* Martinez *Report*, (Doc. 47), and *Defendants Correctional Healthcare Companies, Timothy Trapp, M.D., Timothy McMurray, M.D., Laura Velez, Carla Eide, M.D., and Jon Hamilton, M.D.'s Supplement to* Martinez *Report* filed December 1, 2014, (Doc. 52), construed together as a Motion for Summary Judgment, be **GRANTED**, and all of Plaintiff's remaining claims be **DISMISSED WITH PREJUDICE**.

The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 69 at 34). No objections have been filed, and the deadline of August 10, 2015 has passed. The recommendations of the Magistrate Judge shall therefore be adopted by this Court.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's *Proposed Findings and Recommended Disposition*, (Doc. 69), be **ADOPTED** in its entirety.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (Docs. 47 & 52), be **GRANTED**, and that all of Plaintiff's remaining claims be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
THE HONORABLE M. CHRISTINA ARMIJO
UNITED STATES CHIEF DISTRICT JUDGE